# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TELLO SHAHBAZI,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. CV 08-3213-DMG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the magistrate judge's final report and recommendation and plaintiff's objection to the report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Plaintiff's request for remand is granted.
3. The decision of the Commissioner is reversed.
4. This action is remanded to defendant for further proceedings.

//
//
//

5. Judgment shall be entered consistent with this order.

6. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 29, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2