UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TELLO SHAHBAZI, | ) | No. CV 08-3213-DMG (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation re: EAJA fees, IT IS ADJUDGED that plaintiff's Motion for Award of Attorney Fees Under the Equal Access to Justice Act is granted in part and judgment shall be entered awarding fees in the amount of **Nine Thousand Three Hundred Thirty-One dollars and forty-six cents ($9,331.46)**, made payable to plaintiff.

DATED: April 27, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE